**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**RUSSELL K. HILL, #L3506**                                       **PETITIONER**

**VERSUS**                             **CIVIL ACTION NO. 5:10-cv-16-DCB-MTP**

**STATE OF MISSISSIPPI**                                      **RESPONDENT**

<u>FINAL JUDGMENT</u>

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's request for a writ of mandamus is denied and this case is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the <u> 22nd </u> day of April, 2010.

                                               s/David Bramlette
                                               UNITED STATES DISTRICT JUDGE